DUNHILL PERSONNEL OF NEW HAVEN, INC. *v.* JONATHAN EINHORN
(9949)

O'CONNELL, LAVERY and LANDAU, Js.

Argued on November 1—decision released December 3, 1991

*David R. Sirois,* for the appellant (plaintiff).

*Nancy J. Vavra,* with whom, on the brief, was *Jonathan J. Einhorn,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.